**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6311

LAWRENCE CHARLES,

Plaintiff - Appellant,

v.

DAVID WOZNIAK, Captain; GARNETT, Lieutenant; WOOMER, Sergeant; LORRAINE GOLDBERG, Detective; KATHERINE GRIMLEY, Deputy; MAJOR GREG AHLEMANN, Field Operation Division; ZILKE, Second Lieutenant; KIMBERLY HOLWAY, Major; TURIN, DFC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:23-cv-00154-CMH-JFA)

Submitted:  July 29, 2025                    Decided:  August 1, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lawrence Charles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Charles seeks to appeal the district court's order granting in part and denying in part the Defendants' motion to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Charles seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We further grant Charles's motion to amend the informal brief, and we deny Charles's motions for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*